**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                              TELEPHONE (334) 954-3600

February 2, 2007

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style:   Dillard et al v. Town of Webb**

**Case Number:   2:87-cv-01311-MHT**

**This Notice of Correction was filed in the referenced case this date to correct the PDF documents previously attached by E-Filer.**

**The correct PDF documents are attached to this notice for your review.   Reference is made to document # 2   filed on   February 1, 2007.  The attached text of proposed order and text of final consent judgment have been corrected to reflect as proposed documents.**