IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JOHN DILLARD, et al., )<br>)<br>   Plaintiffs, )<br>)<br>   v. )<br>)<br>TOWN OF WEBB, )<br>)<br>   Defendant. ) | CIVIL ACTION NO.<br>2:87cv1311-MHT |

ORDER

Upon consideration of the joint motion to show cause (Doc. No. 2), it is ORDERED that the defendant show cause, if any there be, in writing by April 3, 2007, as to why said motion should not be granted as requested.

DONE, this 2nd day of February, 2007.

                                  /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE